# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALES, et al.,<br><br>    Defendants. | 1:15-cv-00577-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM WITHOUT PREJUDICE AS MOOT<br><br>(ECF NO. 25) |

      Matthew James Griffin ("Plaintiff") is a former California state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.[1]

      On January 12, 2017, Plaintiff filed what the Court construes as a motion for a Writ of Habeas Corpus ad Testificandum. (ECF No. 25). Plaintiff requests a Writ of Habeas Corpus ad Testificandum ordering the superintendent of the Alexander Correctional Institute to produce Plaintiff via a telephonic conference call.

      The Court will deny Plaintiff's motion, without prejudice, as moot. It is this Court's procedure to issue the necessary Writs of Habeaus Corpus ad Testificandum prior to a hearing, conference, or trial. The Court notes that Plaintiff is incarcerated in North Carolina and thus intends to issue a writ for participation in Court proceedings when required. Thus, Plaintiff does not need to file a request for a Writ prior to a scheduled hearing, conference, or trial. Therefore, Plaintiff's motion will be denied as moot.

      If the Court does not issue such a writ or Plaintiff believes something different is required, Plaintiff can file another motion for a specific writ related to a specific hearing in the

---

[1] Plaintiff is currently incarcerated in North Carolina.

1

future.

    Accordingly, IT IS ORDERED that Plaintiff's motion for a Writ of Habeas Corpus Ad Testificandum is DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated: **February 6, 2017**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE