UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | 1:15-cv-00577-AWI-EPG (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | (ECF NO. 40) |
| GONZALES, et al., | |
| Defendants. | |

On May 2, 2017, Defendants filed a motion to modify the scheduling order. (ECF No. 40). "Defendants move to modify paragraph 8 of this Court's May 2, 2017 scheduling order to require the parties file motions to compel not later than thirty days before the October 4, 2017 discovery conference, and to file any responses not later than fourteen days before the conference." (Id. at 1). Defendants argue that, "[g]iven Plaintiff's status as an out-of-state prisoner and his ability to serve or be served with legal documents and filings solely by mail, [the current] timeline for filing and responding to motions to compel is likely to be insufficient to allow full briefing of any such motions before the October 4, 2017 discovery status conference…." (Id. at 2).

Good cause having been presented to the Court and GOOD CAUSE APPEARING

1

THEREFOR, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Any motions to compel shall be filed no later than 30 days before the October 4, 2017 discovery status conference, and any responses shall be filed no later than 14 days before the conference.

IT IS SO ORDERED.

Dated: **May 3, 2017**  /s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE