UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


MATTHEW JAMES GRIFFIN,                    Case No. 1:15-cv-00577-AWI-EPG (PC)

                 Plaintiff,               **ORDER & WRIT OF HABEAS CORPUS AD
                                          TESTIFICANDUM TO PRODUCE
      v.                                  MATTHEW JAMES GRIFFIN, # 1481522,
                                          VIA TELEPHONIC CONFERENCE CALL**

GONZALES, et al.,
                                          Date:  **October 4, 2017**
                 Defendants.              Time:  **10:00 a.m. PT (1:00 p.m. ET)**

                                    /


      **Matthew James Griffin, # 1481522**, a necessary and material witness in a discovery status conference in this case on October 4, 2017, is confined in the Alexander Correctional Institution, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephonic conference call** before Magistrate Judge Erica P. Grosjean on Wednesday, October 4, 2017, at 10:00 a.m. Pacific Time (1:00 p.m. Eastern Time).

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephonic conference call before the United States District Court at the time and place above, until completion of the conference or as ordered by the court.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681:**

**WE COMMAND** you to produce the inmate named above via telephonic conference call at the time and place above, until completion of the conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   **August 29, 2017**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

