UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00577-AWI-EPG (PC)<br><br>ORDER REGARDING THE REVIEW OF PLAINTIFF'S DEPOSITION TRANSCRIPT |

On October 4, 2017, the Court held a telephonic discovery and status conference. Based on the arguments made at the hearing, as well as the brief filed by Defendants (ECF No. 54),[1] IT IS HEREBY ORDERED that:

1. Notwithstanding the thirty day time period in Federal Rule of Civil Procedure 30(e)(1), Defendants have twenty-one days from the date of service of this order to provide Plaintiff with a copy of the transcript of Plaintiff's deposition for Plaintiff's review. In the alternative, Defendants may arrange for the North Carolina Department of Public Safety to facilitate a supervised review of the

---

[1] Plaintiff was given the opportunity to file a brief, but did not do so.

1

deposition transcript; and

2. If Defendants provide Plaintiff with a copy of the transcript to review, Plaintiff shall return the copy to Defendants without making a copy.

IT IS SO ORDERED.

Dated: __**October 18, 2017**__  /s/ *Eric P. Groj*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE